Matthew E. Faler, Esq. (State Bar No. 243067)
Law Offices of Matthew E. Faler, P.C.
17330 Brookhurst St., Suite 240
Fountain Valley, CA 92708
Tel: (714)465-4433
Fax: (714)965-7823
Email: matt@falerchen.com

Attorney for Debtor Viengneun Phaysouphanh,

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| | |
|---|---|
| In Re<br><br>VIEGNEUN PHAYSOUPHANH<br><br>Debtor, | Case No.: 08-26106<br>JUDGE: RICHARD M. NEITER<br>DEPT: 301<br><br>**DEBTOR VIENGNEUN PHAYSOUPHANH'S RESCISSION OF REAFFIRMATION AGREEMENT WITH TOYOTA MOTOR CREDIT CORPORATION** |

Please take notice that Debtor VIEGNEUN PHAYSOUPHANH ("DEBTOR") hereby rescinds the reaffirmation agreement she previously entered into with Toyota Motor Credit Corporation, 19001 S. Western Ave., WF 21, Torrance, CA  90501, that was filed and entered on February 4, 2009.

Dated: February 19, 2009                    By: /s/ Matthew E. Faler

                                            Matthew E. Faler
                                            Attorney for Debtor

- 1
RESCISSION OF REAFFIRMATION AGREEMNT WITH TOYOTA MOTOR CREDIT